# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCHOLASTIC INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 10-966-GMS |
| ) | |
| WEBVENTION HOLDINGS LLC and ) | **JURY TRIAL DEMANDED** |
| WEBVENTION LLC, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Scholastic Inc. hereby voluntarily dismisses the above-captioned action against Webvention Holdings LLC and Webvention LLC with prejudice. Webvention Holdings LLC and Webvention LLC have not filed or served an answer in this action.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Brian D. Siff
Paul C. Maier
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, NY 10019
Tel: (212) 277-6500

Dated: March 31, 2011
1007157 / 36219

By:  */s/ David E. Moore*
　　　Richard L. Horwitz (#2246)
　　　David E. Moore (#3983)
　　　Hercules Plaza, 6th Floor
　　　1313 N. Market Street
　　　Wilmington, DE  19801
　　　Tel:  (302) 984-6000
　　　rhorwitz@potteranderson.com
　　　dmoore@potteranderson.com

*Attorneys for Plaintiff Scholastic Inc.*